PER CURIAM.
APPEAL DISMISSED. See Fla. R. Civ. P. 1.230; Env. Confederation of Southwest Florida, Inc. v. IMC Phosphates, Inc., 857 So.2d 207, 210 (Fla. 1st DCA 2003) (stating “the rights of an inter-venor are subordinate to the rights of the parties”); Colucci v. Greenfield, 547 So.2d 224 (Fla. 3d DCA 1989); Humana of Florida, Inc. v. Dep’t of Health & Rehabilitative Servs., 500 So.2d 186 (Fla. 1st DCA 1986).
ERVIN, BOOTH, and BROWNING, JJ., concur.